UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KYAW NAING LING, | ) |
|         Petitioner, | ) |
| v. | ) No. 2:25-cv-00570-MPB-MJD |
| BRISON SWEARINGEN,<br>Director TODD LYONS,<br>PAMELA BONDI,<br>KRISTI NOEM, | ) |
|         Respondents. | ) |

**ORDER ON SUBSTITUTION/ADDITION OF PARTY**

This matter is before the Court on Petitioner's Motion to Substitute Immediate Custodian and Update Respondent Designations. Having considered the motion, and for good cause shown, the Court **GRANTS** the motion.

IT IS ORDERED that:

1. Substitution/Additions. Brian English, Warden, Miami Correctional Facility (3038 West 850 South, Bunker Hill, IN 46914) is SUBSTITUTED/ADDED as the immediate-custodian respondent in his official capacity.

2. Dismissal of Prior Immediate Custodian. Sheriff Brison Swearingen is hereby DISMISSED as a respondent, as he is no longer Petitioner's immediate custodian.

3. Caption Update. The Clerk is directed to amend the docket and case caption to reflect the substitution/addition of Warden Brian English as a respondent and the dismissal of Sheriff Swearingen. The Clerk is further directed to issue summons and effect service

upon Warden Brian English.

SO ORDERED.

Dated: November 25, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record.

Brian English, Warden

Miami Correctional Facility

3038 West 850 South

Bunker Hill, IN 46914