UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

KYAW NAING LING,                           )
                                           )
                    Petitioner,            )
                                           )
          v.                               )        No. 2:25-cv-00570-MPB-MJD
                                           )
Director TODD LYONS Acting Director, U.S.  )
Immigration and Customs Enforcement, et al., )
                                           )
                    Respondents.           )

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on December 4, 2025,

and issued final judgment that same day. Dkts. 15, 16. The final judgment, however, did not specify

the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009).

Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's

order granting the petition.

    **So Ordered.**

Dated:  January 22, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

BRIAN ENGLISH
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
3038 West 850 South
Bunker Hill, IN 46914-9810

All Electronically Registered Counsel